

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
          COUNSEL/PARTIES OF RECORD

         MAY 1 8 2020

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00402-NJK |
| Plaintiff, | [Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |
| v. | |
| RAYMUNDO MORALES-JUSTO, aka RAYMUNDO MORALESJUSTO, aka RAYMUNDO MORALES-JUSATO, aka RAYMUNDO MORALES, aka RAYMUNDO JUSTO-MORALES, aka OMAR MORALES-JUSTO, aka OMAR MORALES, aka OMAR SOLANO-BELLO, aka OMAR BELLO, aka OMAR BELLO-SOLANO, aka OMAR BELLO-SOLANDO, aka MANUEL OMAR GONZALEZ-HERNANDEZ, aka OMAR GONZALEZ-HERNANDEZ, aka PRUDENCIO MORALES, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

1  IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled
2  on  June 1 , 2020 at the hour of 4:00 p.m., be vacated and continued to August 17, 2020 at
3  the hour of 4:00pm.
4  DATED this ___ day of May, 2020.

                                    _____
                                    HONORABLE
                                    UNITED STATES MAGISTRATE JUDGE

6