NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6378
jared.l.grimmer@usdoj.gov

*Attorneys for Plaintiff*
*The United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00193-KJD-BNW |
| Plaintiff, | **Motion to Unseal Case** |
| v. | |
| RAYMUNDO MORALES-JUSTO,<br>  aka RAYMUNDO MORALESJUSTO,<br>  aka RAYMUNDO MORALES-JUSATO,<br>  aka RAYMUNDO MORALES,<br>  aka RAYMUNDO JUSTO-MORALES,<br>  aka OMAR MORALES-JUSTO,<br>  aka OMAR MORALES,<br>  aka OMAR SOLANO-BELLO,<br>  aka OMAR BELLO,<br>  aka OMAR BELLO-SOLANO,<br>  aka OMAR BELLO-SOLANDO,<br>  aka MANUEL OMAR GONZALEZ-<br>      HERNANDEZ,<br>  aka OMAR GONZALEZ-HERNANDEZ,<br>  aka PRUDENCIO MORALES, | |
| Defendant. | |

The United States of America, by and through its attorneys, Nicholas Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about May 14, 2020, a Complaint was filed with the Court, charging Mr. Morales-Justo with violation of 8 U.S.C. § 1326(a) and (b), Deported Alien Found in the United States. *See* ECF No. 1, 2:20-mj-00402-NJK.

2. Mr. Morales-Justo made an initial appearance before the Court on or about May 18, 2020, and was ordered detained pending trial. *Id*. at ECF Nos. 4, 10. Mr. Morales-Justo remains detained by the U.S. Marshals Service.

3. Mr. Morales-Justo has signed a plea agreement with the United States, and this Court has set a change of plea hearing for September 15, 2020. This case was not sealed when before the Magistrate Court, but when set before this Court, it was designated as sealed.

4. Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 2nd day of September, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*//s//*
_____
JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAYMUNDO MORALES-JUSTO,<br>　aka RAYMUNDO MORALESJUSTO,<br>　aka RAYMUNDO MORALES-JUSATO,<br>　aka RAYMUNDO MORALES,<br>　aka RAYMUNDO JUSTO-MORALES,<br>　aka OMAR MORALES-JUSTO,<br>　aka OMAR MORALES,<br>　aka OMAR SOLANO-BELLO,<br>　aka OMAR BELLO,<br>　aka OMAR BELLO-SOLANO,<br>　aka OMAR BELLO-SOLANDO,<br>　aka MANUEL OMAR GONZALEZ-HERNANDEZ,<br>　aka OMAR GONZALEZ-HERNANDEZ,<br>　aka PRUDENCIO MORALES,<br><br>　　　　Defendant. | Case No. 2:20-cr-00193-KJD-BNW<br><br>**Order Unsealing Case**<br><br>(Proposed) |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Raymundo Morales-Justo,* is unsealed.

**DATED** this 3rd day of September, 2020.

By the Court:

_____
Hon. Brenda Weksler
U.S. Magistrate Judge